UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-10396 |
| | * | |
| LAPLACE VETERINARY CLINIC, LLC | * | SECTION "A" |
| | * | |
| *Debtor* | * | CHAPTER 11 |
| | * | |

*******************************************

## STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)

**NOW COMES** Laplace Veterinary Clinic, LLC (the "Debtor"), through undersigned counsel, who files this *Status Report Pursuant to 11 U.S.C. § 1188.*

On March 16, 2020, Debtor filed its *SubChapter V Small Business Debtor's Combined Plan of Reorganization and Disclosure Statement Dated March 16, 2020* [ECF No. 55]. Debtor anticipates amendments and additions to the Plan, including providing projections in support of feasibility and revisions to the extent necessary to comply with new SubChapter V requirements.

On March 16, 2020, counsel for the Debtor, 2921 New Highway 51 SBL LLC ("Secured Lender"), creditor with purported secured claim against all of Debtor's assets, and the SubChapter V Trustee participated in a telephone conference to discuss the case and means to attain a consensual plan of reorganization. Undersigned counsel and counsel for Secured Lender also spoke thereafter regarding potential plan revisions in response to issues raised by counsel for Secured Lender.

As the parties are aware, the Governor for the State of Louisiana has imposed certain restrictions on gatherings and business operations in an effort to reduce and limit the spread of COVID-19. The Debtor continues to operate and is offering curbside pick-up of pets in an effort

1

to alleviate customer's concerns regarding proximity to Debtor's employees. Certain employees have been unable to work due to the need to stay home while their children are out of school as a result of the Governor's proclamation, but overall Debtor is optimistic that the COVID-19 limitations will cause only minor disruptions in its business.

Respectfully submitted,

**CONGENI LAW FIRM, LLC**


BY:  */s/Leo D. Congeni*
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
Email: leo@congenilawfirm.com

*Attorneys for Laplace Veterinary Clinic, LLC*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2020, I filed this Status Report electronically, resulting in service via the Court's CM/ECF system on the following persons:

Greta M Brouphy
gmb@hellerdraper.com

Greta M Brouphy on behalf of Trustee Greta M Brouphy
gmb@hellerdraper.com

Leo D. Congeni on behalf of Debtor LaPlace Veterinary Clinic, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Joseph P. Hebert on behalf of Creditor 2921 New Highway 51 SBL LLC
jphebert@liskow.com, marceneaux@liskow.com;cguidry@liskow.com

Carey L. Menasco on behalf of Creditor 2921 New Highway 51 SBL LLC
clmenasco@liskow.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

*/s/ Leo D. Congeni*

_____
LEO D. CONGENI